# EXHIBIT "C"

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2019.

|  |  |
|---|---|
| Selected Entity Name: | 2008 WESTCHESTER OWNER LLC |

**Selected Entity Status Information**

| | |
|---|---|
| Current Entity Name: | 2008 WESTCHESTER OWNER LLC |
| DOS ID #: | 5267149 |
| Initial DOS Filing Date: | JANUARY 16, 2018 |
| County: | KINGS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

2008 WESTCHESTER OWNER LLC
175 BLAKE AVENUE
BROOKLYN, NEW YORK, 11212

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 16, 2018 | Actual | 2008 WESTCHESTER OWNER LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 6, 2019.

Selected Entity Name: LIBERTY ONE GROUP LLC
Selected Entity Status Information
Current Entity Name: LIBERTY ONE GROUP LLC
DOS ID #: 4679513
Initial DOS Filing Date: DECEMBER 12, 2014
County: KINGS
Jurisdiction: NEW YORK
Entity Type: DOMESTIC LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SOLOMON BORG
630 THIRD AVENUE, 19TH FLOOR
NEW YORK, NEW YORK, 10017

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 12, 2014 | Actual | LIBERTY ONE GROUP LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2019.

Selected Entity Name: LIBERTY ONE CONSTRUCTION LLC
Selected Entity Status Information

**Current Entity Name:** LIBERTY ONE CONSTRUCTION LLC
**DOS ID #:** 4659301
**Initial DOS Filing Date:** OCTOBER 31, 2014
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SOLOMON BORG
630 THIRD AVENUE
19TH FLOOR
NEW YORK, NEW YORK, 10017

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 31, 2014 | Actual | LIBERTY ONE CONSTRUCTION LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2019.

Selected Entity Name: U & Z CONSTRUCTION INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | U & Z CONSTRUCTION INC. |
| **DOS ID #:** | 4662022 |
| **Initial DOS Filing Date:** | NOVEMBER 05, 2014 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MUHAMMAD A MAHMOOD
565 LIBERTY AVENUE
BROOKLYN, NEW YORK, 11207

**Registered Agent**
MUHAMMAD A MAHMOOD
565 LIBERTY AVENUE
BROOKLYN, NEW YORK, 11207

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| NOV 05, 2014 | Actual | U & Z CONSTRUCTION INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2019.

Selected Entity Name: SHAH GROUP ENTERPRISES INC.
Selected Entity Status Information

**Current Entity Name:** SHAH GROUP ENTERPRISES INC.
**DOS ID #:** 4658462
**Initial DOS Filing Date:** OCTOBER 29, 2014
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SHAH GROUP ENTERPRISES INC.
128-24 140TH ST.
JAMAICA, NEW YORK, 11436

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 29, 2014 | Actual | SHAH GROUP ENTERPRISES INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us