## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT            )
                                        ) ss.:
SOUTHERN DISTRICT OF NEW YORK           )

I, Patricia J. Mason, being sworn, say, I am not a party to this action, am over 18 years of age, and reside in Westchester County, New York.

On the 9th day of August, 2019, I served a true copy of the within **NOTICE OF REMOVAL** via regular mail, addressed to the attorney(s) for the respective parties in this action, at the address(es) designated by said attorney(s) for that purpose by depositing true copies of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

TO:

**LINTON ROBINSON & HIGGINS, LLP**
Attorneys for Plaintiff
80 Maiden Lane, Suite 1006
New York, New York 10038
(212) 601-2771

**LIBERTY ONE GROUP**
175 Blake Avenue
Brooklyn, New York 11212

**LIBERTY ONE CONSTRUCTION, LLC**
175 Blake Avenue
Brooklyn, New York 11212

**U&Z CONSTRUCTION INC.**
565 Liberty Avenue
Brooklyn, New York 11207

**SHAH GROUP ENTERPRISES INC.**
128-24 140th Street
Jamaica, New York 11436

_____
Patricia J. Mason

Sworn to before me this
9th day of August 2019.

_____
**KATHLEEN M. D'AMANDA**
**Notary Public, State of New York**
**No. 02DA6196766**
**Qualified in Westchester County**
**Commission Expires: November 17, 2020**