# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
709 WESTCHESTER AVE., SUITE 300   WHITE PLAINS, NY 10604
TELEPHONE: (914) 681-8700   FAX: (914) 681-8709
HTTP://WWW.MILBERMAKRIS.COM

August 26, 2019

Via ECF
Hon. Jesse M. Furman,
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: *Ada E. Vallanilla-Soto v. 2008 Westchester Owner LLC, Liberty One Group, Liberty One Construction, LLC, U&Z Construction, Inc. and Shah Group Enterprises, Inc.*
Civil Action No.  :  19cv-7466
Our File No.  :  712-17359

Dear Justice Furman:

Please be advised that this firm represents defendant, 2008 Westchester Owner LLC, in the above matter.

I am writing to respectfully request an extension of time of the Court-ordered deadline to file an Amended Notice of Removal, per the Court's August 12, 2019 Order. The current deadline is today, August 26, 2019. There have been no previous requests for an extension of time. Counsel for plaintiff has not consented to an extension, as counsel contends that such request is lacking in good faith and is being filed to unnecessarily protract and delay the progression of litigation (a contention with which we, of course, do not agree).

The reason for the request is that we have been working diligently with our client to secure the information required to clarify the existence of diversity jurisdiction. In particular, we are securing documentation evidencing the citizenship of all persons who are members of 2008 Westchester Owner LLC (including documentation evidencing the citizenship of a member that is an LLC). However, due to vacation schedules and religious observances, we have not been successful in securing all of the required information as of this date. The reason for this late request is that as of August 23, 2019, it was believed that we were in receipt of all necessary information in order to prepare and file the Amended Notice of Removal. However, additional information came to light that requires additional time.

WOODBURY, NEW YORK   ■   WHITE PLAINS, NEW YORK
NEW JERSEY   ■   CONNECTICUT   ■   FLORIDA   ■   PENNSYLVANIA

I await the Court's response to the foregoing and I thank the Court in advance for all courtesies.

Very truly yours,

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

Andrew F. Pisanelli, Esq. (AP 8176)
Attorneys for Defendant
*2008 Westchester Owner LLC*
White Plains, New York 10604
(914) 231-8023
File No. 712-17359
apisanelli@milbermakris.com

cc: Via ECF
Anna Higgins, Esq.
**LINTON ROBINSON & HIGGINS, LLP**
Attorneys for Plaintiff
80 Maiden Lane, Suite 1006
New York, New York 10038
(212) 601-2771
File No.: PLN-103
AHiggins@litigationattys.com