UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADA E. VALLANILLA-SOTO,

                Plaintiff,

      -v-

2008 WESTCHESTER OWNER LLC, et al.,

                Defendants.
------------------------------------------------------------------X

19-CV-7466 (JMF)

REMAND ORDER

JESSE M. FURMAN, United States District Judge:

       In light of Defendant 2008 Westchester Owner LLC's letter dated September 4, 2019 to withdraw the Notice of Removal dated August 9, 2019, *see* ECF No. 8, it is hereby ORDERED that this matter is REMANDED to the New York Supreme Court, Bronx County, with all parties to bear their own costs.  The Clerk of Court is close the case on this Court's docket.

       SO ORDERED.

Dated: September 4, 2019
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge